UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BOW G. JUNG, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 02-1421 (GK) |
| | : | |
| MUNDY, HOLT & MANCE, P.C., *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

There are four Motions pending before the Court at this time: Defendants' Motion for Summary Judgment [#84], Defendants' Motion to Dismiss Defendant Reginald L. Holt [#82], Defendants' Motion to Dismiss/Summary Judgment [#95], and Plaintiff's Motion for Summary Judgment [#96]. Upon consideration of all the pleadings, the extensive record in this case, and the applicable case law, the Court concludes that all the Motions should be **denied**, as fully explained in the accompanying Memorandum Opinion; and it is further

**ORDERED** that a Pretrial Conference is set for **March 12, 2007 at 10:00 a.m.** and a Joint Pretrial Statement is due **March 5, 2007.**

February 15, 2007          /s/
                           Gladys Kessler
                           United States District Judge

**Copies via ECF to all counsel of record**